IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARVIN MOORE,                  )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:24cv238-MHT
                               )            (WO)
CARL BRANDON SELLERS, III,     )
                               )
     Defendant.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated, filed this lawsuit asserting that his court-appointed attorney violated his rights under the First, Fifth, and Fourteenth Amendments by allowing delays in his trial on criminal charges and by failing to consult adequately with him about seeking resolution of the case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to state a claim upon which relief can be granted.  Also before the court are plaintiff's objections to the recommendation.

After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation should be adopted, except to the extent that the magistrate judge premises dismissal on 28 U.S.C. § 1915A. Section 1915A's provisions do not apply to this case because the prisoner plaintiff does not "seek[] redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). The sole defendant is a private attorney. In any case, dismissal is appropriate under 28 U.S.C. § 1951(e)(2)(B)(ii), upon which the recommendation also relies.

An appropriate judgment will be entered.

DONE, this the 30th day of October, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**