IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARVIN MOORE,                  )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:24cv238-MHT
                               )           (WO)
CARL BRANDON SELLERS, III,     )
                               )
     Defendant.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 10) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 9) is adopted, except as stated in the opinion entered today.

(3) This lawsuit is dismissed for failure to state a claim upon which relief can be granted, without prejudice to plaintiff's ability to refile a claim based on the same facts against the defendant in state court under state law, or to challenge the conviction

underlying his claims in an appropriate venue.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of October, 2024.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE