IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARVIN MOORE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:24cv238-MHT |
| | ) | (WO) |
| CARL BRANDON SELLERS, III, | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

On November 6, 2024, plaintiff filed an amended reply and response to the recommendation of the magistrate judge, which the court construes as amended objections to the recommendation. Objections to the recommendation were due by October 9, 2024. Because the objections are late, the court need not consider them. Nevertheless, the court has exercised its discretion to consider the objections and finds that they do not change the court's resolution of this case.

Accordingly, it is ORDERED that plaintiff's amended objections (Doc. 13) are overruled, and the opinion and judgment previously entered (Doc. 11 and Doc. 12)

remain in effect.

This case remains closed.

DONE, this the 7th day of November, 2024.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**