IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARVIN MOORE, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CARL BRANDON SELLERS, III, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:24cv238-MHT<br>(WO) |

ORDER

Upon consideration of plaintiff's "appeal" (Doc. 15) of the report and recommendation (Doc. 9), it is ORDERED that the appeal is construed as a motion for reconsideration[*], and the motion for reconsideration is denied.

This case remains closed.

DONE, this the 3rd day of November, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

---

    * The court construes the "appeal" as a motion for reconsideration because the magistrate judge's report and recommendation is not a final decision of the district court over which the courts of appeals have jurisdiction. *See* 28 U.S.C. § 1291.